Dismissed and Memorandum Opinion filed June 21, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00299-CR

____________

 

JARED SMITH PURGANAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 208th District Court


Harris County, Texas

Trial Court Cause No. 1295652

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to possession of
methamphetamine weighing less than one gram.  In accordance with the terms of a
plea bargain agreement with the State, the trial court sentenced appellant on February
18, 2011, to confinement for six months in the State Jail Division of the Texas
Department of Criminal Justice.  Appellant filed a notice of appeal.  We
dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Boyce.

Do Not Publish — Tex. R. App. P. 47.2(b)